UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF VIRGINIA
Richmond Division

In re

DICKERSON, ROBBIE ONEIL
DICKERSON, LINDA H.

Debtor(s)

Case No. 09-36787-KRH

Chapter 7

REPORT OF DEPOSIT OF SMALL DIVIDENDS

Pursuant to Federal Rule of Bankruptcy Procedure 3011 and 11 U.S.C. §347, the trustee herein submits a check payable to "Clerk, United States Bankruptcy Court" representing small dividends to be deposited by the Clerk of Court into the Treasury of the United States. Said funds are subject to withdrawal as provided by 28 U.S.C. 2042 and shall not escheat under any state law. The small dividend(s) represent the dividend(s) due and payable to:

| Creditor's Name and Address | Amount of Dividend |
|---|---|
| Fredericksburg Credit Bureau<br>10506 Wakeman Drive<br>Fredericksburg, VA 22407-0000 | $0.17 |
| Chase Bank USA, N.A.<br>PO Box 15145<br>Wilmington, DE 19850-5145 | $2.88 |
| PRA Receivables Management, LLC<br>As Agent of Portfolio Recovery Assocs.<br>POB 41067<br>Norfolk, VA 23541 | $2.92 |
| Recovery Management Systems Corporation<br>for GE Money Bank dba SAM'S CLUB<br>25 SE 2nd Ave Ste 1120<br>Miami, FL 33131 | $1.91 |

Dated: November 10, 2011

/s/Bruce E. Robinson
BRUCE E. ROBINSON, Trustee
417 E. ATLANTIC STREET
P. O. BOX 538
SOUTH HILL, VA 23970-0538
(434) 447-7922

## CERTIFICATE OF SERVICE

I hereby certify that a true copy of the foregoing Report of Deposit of Small Dividends was electronically served or mailed to the Office of the United States Trustee at Office of the U.S. Trustee, 701 East Broad Street - Suite 4304, Richmond, VA 23219-1885 on November 10, 2011.

/s/Bruce E. Robinson
Bruce E. Robinson